# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| MARIA ELSA MONCADA-GIL, | Case No. 2:17-cv-02676-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| HONDA MOTOR COMPANY, LTD., et al., | |
| Defendants. | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 3) entered October 18, 2017, regarding removal of this case to federal district court. On November 2, 2017, Defendant TK Holdings, Inc. filed a signed Statement (ECF No. 11) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than January 18, 2018,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 4th day of January, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1