GREG W. MARSH, ESQ.
Nevada Bar No. 322
**LAW OFFICES OF GREG W. MARSH**
731 South Seventh Street
Las Vegas, Nevada 89101-6907
(702) 387-0052 (Telephone)
(702) 387-0063 (Facsimile)
gwm4253@aol.com

PAUL G. CEREGHINI, ESQ.
Nevada Bar No. 10000
CURTIS J. BUSBY, ESQ.
Nevada Bar No. 6581
**BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
(602) 643-2300 (Telephone)
(602) 248-0947 (Facsimile)
paul.cereghini@bowmanandbrook.com
curtis.busby@bowmanandbrooke.com

Attorneys for Defendants American Honda Motor Co., Inc. and Honda of America Mfg., Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ELSA MONCADA-GIL,<br><br>Plaintiff,<br><br>v.<br><br>HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., INC., HONDA R&D CO., LTD., HONDA OF AMERICA MFG., INC., TAKATA CORPORATION, TK HOLDINGS, INC., HIGHLAND INDUSTRIES, INC., CATHELINA VELASQUEZ, ROE CORPORATIONS I through X, inclusive; AND DOES I through X, inclusive,<br><br>Defendants. | No. 2:17-CV-02676-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HONDA OF AMERICA MFG., INC.**<br><br>ECF No. 15 |

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants American Honda Motor Co., Inc. and Honda of America Mfg., Inc. by and through their undersigned counsel of record, that the entirety of this action as and against Honda of America Mfg., Inc.

18859345v1

only is hereby dismissed without prejudice, with each party to bear their own costs and attorneys' fees incurred herein.

DATED this 18 day of December, 2017.

| CRAM VALDEZ BRIGMAN & NELSON | BOWMAN AND BROOKE LLP |
|---|---|
| By: *(signature)* <br> Roger M. Cram, Esq. <br> Nevada Bar No. 612 <br> Daniel M. Dastrup, Esq. <br> Nevada Bar No. 13677 <br> 2451 South Buffalo Drive, Suite 120 <br> Las Vegas, Nevada 89117 <br><br> Attorneys for Plaintiff | By: *(signature)* <br> Paul G. Cereghini <br> Nevada Bar No. 10000 <br> Curtis J. Busby <br> Nevada Bar No. 6581 <br> Suite 1600, Phoenix Plaza <br> 2901 North Central Avenue <br> Phoenix, Arizona 85012-2736 <br><br> In conjunction with: <br><br> Greg W. Mash, Esq. <br> LAW OFFICES OF GREG W. MARSH <br> Nevada Bar No. 322 <br> 731 South Seventh Street <br> Las Vegas, Nevada 89101-6907 <br><br> Attorneys for Defendants American Honda Motor Co., Inc. and Honda of America Mfg., Inc. |

## ORDER

Based on the parties' stipulation [ECF No. 15], which I construe as a joint motion under LR 7-1(c) because it is between fewer than all parties to this action, and with good cause appearing, IT IS HEREBY ORDERED that **all claims against Honda of America Mfg, Inc. are DISMISSED without prejudice**.

_____
U.S. District Judge Jennifer Dorsey
January 12, 2018