D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Marisa Rodriguez
Nevada Bar No. 13234
*mrodriguez@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Ste. 400
Las Vegas, NV 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*TK Holdings, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ELSA MONCADA-GIL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., INC., HONDA R&D CO., LTD., HONDA OF AMERICA MFG., INC., TAKATA CORPORATION, TK HOLDINGS, IN.C., HIGHLAND INDUSTRIES, INC., CATHELINA VELASQUZ, ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02676-JAD-PAL<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF M. ALAN HOLCOMB, ESQ.** |

COMES NOW, Marisa Rodriguez, Esq., of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, and brings this Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice to M. Alan Holcomb, Esq., of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC. As counsel did not submit an

1

application for *Pro Hac Vice*, it is not necessary for M. Alan Holcomb, Esq., listed as mholcomb@wwhgd.com to receive CM/ECF Notice or to be listed as counsel of record for this matter. Counsel requests M. Alan Holcomb at mholcomb@wwhgd.com be removed from CM/ECF Service list and from the mailing matrix on all service lists in the above-referenced matter.

DATED this 22nd day of January, 2018.

        */s/ Marisa Rodriguez*
D. Lee Roberts, Jr., Esq.
Marisa Rodriguez, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant*
*TK Holdings Inc.*

D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Marisa Rodriguez
Nevada Bar No. 13234
*mrodriguez@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Ste. 400
Las Vegas, NV  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant*
*TK Holdings, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ELSA MONCADA-GIL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., INC., HONDA R&D CO., LTD., HONDA OF AMERICA MFG., INC., TAKATA CORPORATION, TK HOLDINGS, IN.C., HIGHLAND INDUSTRIES, INC., CATHELINA VELASQUZ, ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-02676-JAD-PAL<br><br>**ORDER GRANTING MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF M. ALAN HOLCOMB, ESQ.** |

The Court having reviewed the Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice of M. Alan Holcomb, Esq., filed by Marisa Rodriguez, Esq., of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, and Good Cause Appearing, it is hereby

3

ORDERED, M. Alan Holcomb, Esq., of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, be removed from the CM/ECF service list for this matter, it is further

ORDERED, the Clerk of Court is directed to take necessary action to effectuate this order.

DATED this 5th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2018, a true and correct copy of the foregoing **MOTION and ORDER TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF M. ALAN HOLCOMB, ESQ.** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court.

| | |
|---|---|
| Roger M. Cram, Esq.<br>(rcram@cvbnlaw.com)<br>CRAM, VALDEZ, BRIGMAN & NELSON<br>2451 S. Buffalo, Suite 120<br>Las Vegas, NV 89117<br><br>*Attorneys for Plaintiff* | Greg Winfield Marsh, Esq.<br>(gwm4253@aol.com)<br>Law Offices of Greg W. Marsh<br>731 S. Seventh Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendant*<br>*American Honda Motor Co. Inc.* |

Melanie J. Muldowney, Esq.
(melanie.muldowney@allstate.com)
Kirst & Associates
2360 Corporate Circle, Suite 320
Henderson, NV 89074

*Attorney for Defendant*
*Cathelina Velasquez*

                                          */s/ Esther Ibarra*
                                   An Employee of Weinberg, Wheeler,
                                      Hudgins, Gunn & Dial, LLC

*(Left margin: Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC / 6385 S. Rainbow Boulevard, Suite 400 / Las Vegas, Nevada 89118 / (702) 938-3838)*