| | |
|---|---|
| 1 | PAUL G. CEREGHINI, ESQ. |
| | Nevada Bar No. 10000 |
| 2 | CURTIS J. BUSBY, ESQ. |
| | Nevada Bar No. 6581 |
| 3 | **BOWMAN AND BROOKE LLP** |
| | 2901 North Central Avenue, Suite 1600 |
| 4 | Phoenix, Arizona 85012 |
| | (602) 643-2300 (Telephone) |
| 5 | (602) 248-0947 (Facsimile) |
| | paul.cereghini@bowmanandbrooke.com |
| 6 | curtis.busby@bowmanandbrooke.com |
| 7 | MARIO D. VALENCIA |
| | Nevada Bar No. 6154 |
| 8 | 1055 Whitney Ranch Dr., Suite 220 |
| | Henderson, Nevada 89014 |
| 9 | (702) 940-2222 (Telephone) |
| | (702) 940-2220 (Facsimile) |
| 10 | valencia.mario@gmail.com |
| 11 | Attorneys for Defendant American Honda Motor Co., Inc. |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ELSA MONCADA-GIL, | No. 2:17-CV-02676-JAD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF AMERICAN HONDA MOTOR CO., INC. WITH PREJUDICE** |
| HONDA MOTOR COMPANY, LTD., AMERICAN HONDA MOTOR CO., INC., HONDA R&D CO., LTD., HONDA OF AMERICA MFG., INC., TAKATA CORPORATION, TK HOLDINGS, INC., HIGHLAND INDUSTRIES, INC., CATHELINA VELASQUEZ, ROE CORPORATIONS I through X, inclusive; AND DOES I through X, inclusive, | ECF No. 32 |
| | (Assigned to the Honorable Jennifer A. Dorsey) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Maria Elsa Moncada-Gil, by and through her undersigned counsel of record, and Defendant, American Honda Motor Co., Inc., by and through its undersigned counsel of record, that the above-captioned case (2:17-cv-02676-JAD-PAL) be dismissed with prejudice against American

19096368v2

Honda Motor Co., Inc. (and all the Honda entities named in this action, *i.e.*, Honda Motor Company, Ltd., Honda R&D Co., Ltd., and Honda of America Mfg. Inc.), each party to bear their own costs and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order of Dismissal with Prejudice is made pursuant to a good faith settlement by and between the parties hereto made in accordance with NRS 17.245.

DATED this 27th day of April, 2018.                DATED this 27th day of April, 2018.

**BOWMAN AND BROOKE LLP**                **CRAM VALDEZ BRIGMAN & NELSON**


By: /s/Curtis J. Busby                                    By: /s/Daniel M. Dastrup (with permission)
    Paul G. Cereghini                                        Roger M. Cram, Esq.
    Nevada Bar No. 10000                                 Daniel M. Dastrup, Esq.
    Curtis J. Busby                                              2451 South Buffalo Drive, Suite 120
    Nevada Bar No. 6581                                     Las Vegas, Nevada 89117
    Suite 1600, Phoenix Plaza
    2901 North Central Avenue                           Attorneys for Plaintiff
    Phoenix, Arizona 85012-2736

In conjunction with:

Mario D. Valencia
Nevada Bar No. 6154
1055 Whitney Ranch Dr., Suite 220
Henderson, Nevada 89014

Attorneys for Defendant American
Honda Motor Co., Inc.

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

that the claims in this case be dismissed against American Honda Motor Co., Inc. (and all the Honda entities named in this action, *i.e.*, Honda Motor Company, Ltd., Honda R&D Co., Ltd., and Honda of America Mfg. Inc.), each party to bear their own costs and attorneys' fees.

/ / /

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that this Order of Dismissal with Prejudice is made pursuant to a good faith settlement by and between the parties hereto made in accordance with NRS 17.245.

DATED: April 27, 2018

_____
United States District Court Judge