**SAO**
Daniel M. Dastrup, Esq.
Nevada Bar No. 013677
**Cram Valdez Brigman & Nelson**
2451 S. Buffalo Dr., #120
Las Vegas, Nevada 89117
Telephone: (702) 255-0700
Facsimile: (702) 255-2159
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT NEVADA

| | |
|---|---|
| MARIA ELSA MONCADA-GIL,<br><br>   Plaintiff,<br><br>vs.<br><br>HONDA MOTOR COMPANY LTD., AMERICAN HONDA MOTOR CO., INC., HONDA R&D CO., LTD., HONDA OF AMERICA MFG., INC., TAKATA CORPORATION, TK HOLDINGS, INC., HIGHLAND INDUSTRIES, INC., CATHELINA VELASQUEZ, ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>   Defendants. | Case No.:   2:17-cv-02676-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CATHELINA VELASQUEZ**<br><br>ECF No. 39 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Maria Elsa Moncada-Gil, by and through her undersigned counsel of record, and Defendant, Cathelina Velasquez, by and through her undersigned counsel of record, that the above captioned case (2:17-cv-02676-JAD-PAL) be dismissed with prejudice against Cathelina Velasquez, each party to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

1

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order of Dismissal with Prejudice is made pursuant to a good faith settlement by and between the parties hereto made in accordance with NRS 17.245.

DATED this 15th day of June, 2018.    DATED this 15th day of June, 2018

**KIRST & ASSOCIATES**    **CRAM VALDEZ BRIGMAN & NELSON**

By:/s/ Thomas Larmore (with permission)    By: /s/ Daniel M. Dastrup
   Thomas A. Larmore, Esq.       Daniel M. Dastrup, Esq.
   Nevada Bar No.:7415       Nevada Bar No.:13677
   2360 Corporate Circle, Ste. 320       2451 S. Buffalo Dr., #120
   Henderson, NV 89074       Las Vegas, NV 89117
   Attorney for Defendant       Attorney for Plaintiff

### ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** the above-captioned case (2:17-cv-02676-JAD-PAL) be dismissed with prejudice against Cathelina Velasquez, each party to bear their own costs and attorneys' fees.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that this Order of Dismissal with Prejudice is made pursuant to a good faith settlement by and between the parties hereto made in accordance with NRS 17.245.

DATED: 6-15-18

_____
United States District Court Judge